

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2020

No. 04-20-00446-CV

Edward Harral **ROBERTS,**
Appellant

v.

Carmen S. Lopez **ROBERTS,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 18-04-35492-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant has filed a second motion for extension of time to his brief. We grant the motion and **order** appellant's brief due **January 20, 2021**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court